IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Civil Division

Patricia Mallory,

No. 2:13-cv-01214-LPL

Plaintiff,

vs.

Allstate a/k/a American Heritage
Life Insurance Company,

Defendant.

## Certificate of Service

I hereby certify that all attorneys deemed to accept service in the above-referenced document electronically will be notified via the Court's CM/ECF System, and all others will be notified via certified mail, return receipt requested, on the 26th day of August, 2013

John P. Davis, III, Esquire
Jones, Gregg, Creehan & Gerace, LLP
411 Seventh Avenue, Suite 1200
Pittsburgh, Pa 15219-1905

Respectfully submitted,

*/s/ Neil J. Marcus*
Neil J. Marcus, Esquire
Attorney for Plaintiff