**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PATRICIA MALLORY,<br>      Plaintiff,<br><br>      v.<br><br>ALLSTATE,<br>      Defendant. | Civil Action No. 13 - 1214<br><br>Chief Magistrate Judge Lisa Pupo Lenihan |

**ORDER**

**IT ORDERED** this 26th day of August, 2013, that should the parties agree to consent before a Magistrate Judge, they shall file a joint stipulation with the Clerk of Court stating this agreement no later than **September 3, 2013.** The Court notes that **ALL** parties must consent before the document is filed.

**IT IS FURTHER ORDERED** that if *any* party **DOES NOT** wish to consent, the parties shall file a joint stipulation requesting the case be assigned to a District Judge. This stipulation **SHOULD NOT** indicate which parties wished to consent and which did not, and shall be filed no later than **September 3, 2013.**

By the Court:

s/Lisa Pupo Lenihan
Lisa Pupo Lenihan
Chief United States Magistrate Judge

cc: All counsel of record